Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**FILED**
May 06, 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: ___lad___
       DEPUTY

# UNITED STATES DISTRICT COURT
for the
Western District of Texas
Waco Division

Scott E Coalwell
_Plaintiff(s)_
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

McLennan County Adult Probation et al
_Defendant(s)_
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. __6:21-cv-00472__
(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☒ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE

**I. The Parties to This Complaint**

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Scott Eldred Coalwell
Street Address: P.O. Box 981
City and County: Placerville, El Dorado
State and Zip Code: CA, 95667
Telephone Number:
E-mail Address:

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title _(if known)_. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
- Name: McLennan County Adult Probation et al
- Job or Title (if known):
- Street Address: P.O. Box 1250
- City and County: Waco, McLennan
- State and Zip Code: TX
- Telephone Number:
- E-mail Address (if known):

Defendant No. 2
- Name: Tana Harrison
- Job or Title (if known): Probation Officer
- Street Address: P.O. Box 1250
- City and County: Waco, McLennan
- State and Zip Code: TX
- Telephone Number:
- E-mail Address (if known):

Defendant No. 3
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question    ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* Scott Eldred Cogwell, is a citizen of the State of *(name)* California.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* Tana Harrison, is a citizen of the State of *(name)* Texas. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b. If the defendant is a corporation

The defendant, *(name)* McLennan County Adult Probations et al is incorporated under the laws of the State of *(name)* TEXAS, and has its principal place of business in the State of *(name)* _____.
Or is incorporated under the laws of *(foreign nation)* _____,
and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

$50,000,000.00 (fifty million dollars)

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

See Attached

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

$50,000,000.00 (fifty million dollars)

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:  02 MAY 21

Signature of Plaintiff   *[signature]*
Printed Name of Plaintiff   Scott Eldred Coalwell

### B. For Attorneys

Date of signing:  _____

Signature of Attorney   _____
Printed Name of Attorney   _____
Bar Number   _____
Name of Law Firm   _____
Street Address   _____
State and Zip Code   _____
Telephone Number   _____
E-mail Address   _____

Statement of Claim

Tana Harrison of the McLennan County Adult Probation Department et al was assigned as a probation officer to case 2015-937-C1. Due to her incompetence in that position she ignored comments from the plaintiff that clearly showed no understanding of any legal matter. She additionally gave no information on any policy procedure or practice commonly used by herself or any from her department namely; the practice to not communicate with any persons detained or incarcerated. As she testified when four (4) unanswered letters were sent to her attention in her department. The only information she did communicate was to report to her office within 24 hours of release from custody and nothing further. Her incompetence and policy of not communicating has cost the plaintiff a sentence of ten (10) years of state prison and five years ten months (70 months) of federal incarceration. The ignorance of Tana Harrison and her department are unacceptable and cannot be allowed to continue.

Relief of $50,000,000.00 (fifty million dollars) is requested. Along with never to not communicate with one attempting to communicate. It only gets worse without communication. Set as policy practice and procedure

If this document is considered out of time, or lacking in any way. I am not an attorney, but I am not stupid either. I have done everything within my power and imagination to attempt to defend myself. To date I have had eleven (11) court appointed attorneys and I have found all but one (1) lacking and unhelpful. That one has shown me that I was illegally arrested, illegally detained, and illegally convicted of my first charge 2015-937-C1 out of a Waco District Court. To date I have lost over six (6) years of my life. If I need a form, statement, or anything other than another attorney; Ask and I will provide. I only get $140.00/month, if that is too much to waive a fee, give me a bill. Talk to me and I will answer; scream and I will scream back.

Respectfully,

Scott Eldred Coalwell

Caldwell, Scott E
94800380
Cimarron Correctional Facility
3200 S. Kings Hwy
Cushing, OK 74023

CONFIDENTIAL

United States District Court
Western District of Texas
Waco Division
800 Franklin Ave Rm 380
Waco, Tx 76701

RECEIVED
MAY 06 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

76701-193699

LEGAL MAIL