IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| SCOTT ELDRED COALWELL | § | |
| | § | |
| V. | § | W-21-CA-472-ADA |
| | § | |
| MCLENNAN COUNTY, et al. | § | |

## ORDER OF DISMISSAL

Before the Court is Plaintiff's civil rights complaint pursuant to 42 U.S.C. § 1983. Plaintiff appears to seek leave to proceed in forma pauperis.

Under the Prison Litigation Reform Act, a prisoner cannot bring a new civil action or appeal a judgment in a civil action *in forma pauperis* if he or she has three or more times in the past, while incarcerated, brought a civil action or appeal in federal court that was dismissed because it was frivolous, malicious, or failed to state a claim upon which relief may be granted. The only exception to this is if the prisoner is in "imminent danger of serious physical injury." *See* 28 U.S.C. § 1915(g). A prisoner who is not proceeding *in forma pauperis* may file a new civil action or appeal even if that prisoner has three or more dismissals described in section 1915(g). Regardless whether a prisoner proceeds *in forma pauperis* in a civil case, if at any time the prisoner's case is dismissed as frivolous or malicious, or for failure to state a claim, the dismissal will count against the prisoner for purposes of the three-dismissal rule.

Plaintiff is currently incarcerated. While incarcerated, Plaintiff has filed at least three civil actions or appeals that have been dismissed as frivolous, malicious or for failure to state a claim. *See Coalwell v. Bexar County,* No. SA-16-CA-650 (W.D. Tex.

1

July 29, 2016); *Coalwell v. Perez,* No. SA-16-CA-1256 (W.D. Tex. Jan 4, 2017); *Coalwell v. Strothers*, No. W-16-CA-198 (W.D. Tex. Jan. 10, 2017); and *Coalwell v. McLennan County,* No. W-16-CA-240 (W.D. Tex. Jan. 10, 2017). Therefore, Plaintiff may not file another civil action *in forma pauperis* while incarcerated unless Plaintiff is in "imminent danger of serious physical injury." 28 U.S.C. § 1915(g). Plaintiff's complaint does not meet that standard.

It is therefore **ORDERED** that Plaintiff is **DENIED** leave to proceed *in forma pauperis*, and his complaint is **DISMISSED WITHOUT PREJUDICE** pursuant to the three-dismissal rule of 28 U.S.C. § 1915(g). Plaintiff's complaint may be reinstated only if the full filing fee of $400 is paid simultaneously with the filing of a motion to reinstate within thirty days of the date of this order.

**SIGNED** on May 10, 2021

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE